**BIBIYAN LAW GROUP, P.C.**
David D. Bibiyan (Cal. Bar No. 287811)
*david@tomorrowlaw.com*
Jason Rothman (Cal. Bar No. 304961)
*jason@tomorrowlaw.com*
Nairi Shirinian (Cal. Bar No. 335909)
*nairi@tomorrowlaw.com*
1460 Westwood Boulevard
Los Angeles, California 90024
Tel: (310) 438-5555; Fax: (310) 300-1705

Attorneys for Plaintiff, Monika Duncan
on behalf of herself all others similarly situated

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIKA DUNCAN, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAXALTA US INC., a Delaware Corporation; RON GRAVE, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-09388 RGK (Asx)<br><br><u>CLASS ACTION</u><br><br><u>Assigned for All Purposes To:</u><br>Chief District Judge Gary R. Klausner<br>Magistrate Judge Alka Sagar<br><br>**NOTICE OF DEFAULT AND APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY COURT**<br><br>Date:       January 20, 2025<br>Time:       09:00 a.m.<br>Location:  Courtroom 850 (8th Floor)<br><br>Complaint Filed:  September 30, 2024<br>Removal Filed:     October 30, 2024<br>Trial Date:            None Set |

**NOTICE OF DEFAULT AND APPLICATION FOR ENTRY OF DEFAULT JUDGMENT**

TO THE COURT AND DEFENDANTS AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT on January 20, 2025, at 9:00 a.m. or as soon thereafter as this matter may be heard by the above-entitled Court, located at 255 East Temple Street, Los Angeles, CA 90012, Courtroom 850 (8th Floor), Plaintiff will present its application for a default judgment against Defendant Baxalta US, Inc. ("Defendant").

At the time and place of hearing, Plaintiff will present proof of the following:

- Defendant, Baxalta US, Inc., is not a minor or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors Civil Relief Act of 1940. (See Declaration of Jason Rothman In Support of Application of Default ("Rothman Decl."), at ¶¶ 10-11.)
- Notice of this application has been served as required by Rule 55(b)(2).
- Notice of this Application for Default Judgment by the Court was served on Defendant Baxalta US Inc., by e-mail, as required by Local Rule 55-1 (Rothman Decl., ¶ 12.)
- Defendant Baxalta US Inc., has failed to plead or otherwise responded to the Complaint

This Application for Default is based on this Notice, the attached declaration of Jason Rothman, and the pleadings, files, and other matters that may be presented at the hearing.

Dated:  December 23, 2024         BIBIYAN LAW GROUP, P.C.

                                  BY: */s/ Jason Rothman*
                                      DAVID D. BIBIYAN
                                      JASON ROTHMAN
                                      NAIRI SHIRINIAN
                                      Attorneys for MONIKA DUNCAN on behalf of herself and all others similarly situated

**NOTICE OF DEFAULT AND APPLICATION FOR ENTRY OF DEFAULT JUDGMENT**

## DECLARATION OF JASON ROTHMAN

I, Jason Rothman, declare and state as follows:

I am an attorney licensed to practice law before the courts of the State of California and the United States District Court of California – Central District. I am an attorney at Bibiyan law Group, counsel for Plaintiff Monika Duncan ("Plaintiff") in the above-entitled action. I am one of the attorneys responsible for Plaintiff's representation in this matter and, as such, I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently under oath to the facts stated herein.

1. On October 1, 2024, Defendant's registered agent for service of process received, via process server, a packet containing the Summons; Complaint; Notice of Case Assignment; Los Angeles Superior Court First Amended General Order; Los Angeles Superior Court Order Pursuant to Cal. Code Civ. Proc. § 1054(a); Civil Case Cover Sheet; Alternative Dispute Resolution (ADR) – Information Package; Stipulation for Alternative Dispute Resolution (ADR); and Stipulation for Discovery Resolution, for Los Angeles Superior Court Case No. 24STCV25058. A true and correct copy of the Service of Process of Summons is attached hereto as <u>Exhibit A</u>.

2. On October 30, 2024, the above-entitled Defendant Baxalta US, Inc. ("Defendant") removed this action to the United States District Court – Central District of California. (ECF Dkt. No. 1.)

3. Defendant included, in the Declaration of Bailey K. Bifoss, Defendant's filed Notice of Appearance in lieu of an Answer in the Los Angeles Superior Court. (ECF Dkt. No. 1-1, Exhibit D.)

4. Pursuant to Judge Klausner's local standing order, issued in the above-entitled lawsuit on November 5, 2024, "any answers filed in state court must be refiled in this Court…" (ECF Dkt. No. 10.)

5. Plaintiff's counsel is not presently aware of any Answer or responsive pleading filed by Defendant to date in either the state court action or the above-entitled Central District Court Action.

6. According to Fed. R. Civ. P. 81(c)(2), a Defendant has seven (7) days after the notice of removal is filed to file a responsive pleading.

7. Defendant's deadline to file a responsive pleading was thereafter November 6, 2024.

8. Defendant Baxalta US, Inc., has failed to serve or file a pleading or otherwise respond to the complaint. The applicate time limit for responding to the complaint under Fed. R. Civ. P. 81(c)(2) has expired.

9. In Defendant's removal papers, Defendant has alleged damages in the amount of $21,282,313.48. (EXF Dkt. No. 1.) Thus Plaintiff seeks to enter default based on the calculations as established by Defendant's very own motion and for which declarations allegedly server to support.

10. Defendant Baxalta US, Inc., is not a minor or an incompetent person.

11. Defendant Baxalta US, Inc., is not currently in the military service, and therefore the Servicemembers of Civil Relief Act does not apply.

12. I had a copy of this Application for Default Judgment served via ECF and by email to Bailey K. Bifoss <bbifoss@seyfarth.com>, Timothy L. Hix <thix@seyfarth.com>, and Heather E. Horn <hhorn@seyfarth.com>, on December 23, 2024.

I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct. Executed on December 23, 2024, at Los Angeles, California.'

_____
Jason Rothman