**BIBIYAN LAW GROUP, P.C.**
Jason Rothman (SBN 304961)
*jason@tomorrowlaw.com*
Nairi Shirinian (SBN 335909)
*nairi@tomorrowlaw.com*
1460 Westwood Boulevard
Los Angeles, California 90024
Tel: (310) 438-5555; Fax: (310) 300-1705

Attorneys for Plaintiff, Monika Duncan
on behalf of herself all others similarly situated

[*Additional Counsel on Next Page*]

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONIKA DUNCAN, an individual and on behalf of all others similarly situated, | Case No.: 2:24-cv-09388-cv-as |
| | <u>CLASS ACTION</u> |
| Plaintiff, | <u>Assigned for All Purposes To:</u><br>Chief District Judge Cynthia Valenzuela<br>Magistrate Judge Alka Sagar |
| v. | **NOTICE OF SETTLEMENT AND STIPULATION AND ORDER** |
| BAXALTA US INC., a Delaware Corporation; RON GRAVE, an individual; and DOES 1 through 100, inclusive, | Complaint Filed:  September 30, 2024<br>Removal Filed:   October 30, 2024<br>Trial Date:        None Set |
| Defendants. | |

| | |
|---|---|
| 1 | Seyfarth Shaw LLP |
| | Timothy L. Hix (SBN 184372) |
| 2 | *thix@seyfarth.com* |
| 3 | 601 South Figueroa Street, Suite 3300 |
| | Los Angeles, Ca 90017-5793 |
| 4 | Telephone: (213) 270-9600 |
| 5 | Facsimile: (213) 270-9601 |
| 6 | Seyfarth Shaw LLP |
| 7 | Bailey K. Bifoss (SBN 278392) |
| | *bbifoss@seyfarth.com* |
| 8 | 560 Mission Street, 31st Floor |
| 9 | San Francisco, California 94105 |
| | Telephone: (415) 397-2823 |
| 10 | Facsimile: (415) 397-8549 |
| 11 | |
| 12 | Seyfarth Shaw LLP |
| | Heather E. Horn (SBN 318242) |
| 13 | *hhorn@seyfarth.com* |
| | 2029 Century Park East, Suite 3500 |
| 14 | Los Angeles, California 90067-3021 |
| 15 | Telephone: (310) 277-7200 |
| | Facsimile: (310) 201-5219 |
| 16 | |
| 17 | Attorneys for Defendant BAXALTA, US, INC. |

Plaintiff Monika Duncan ("Plaintiff") and Defendant Baxalta, US., Inc., ("Defendant" (Plaintiff and Defendant are collectively referred to as the "Parties"), are pleased to report that the above-entitled case has reached a settlement on February 11, 2025, due to the arms-length negotiations of respectable wage and hour mediation Lynn Frank.

The Parties are currently working on finalizing the long form settlement agreement. As such, the Parties request that the Court vacate any current dates and deadlines and provided thirty (30) days for the Parties to file a stipulation to remand the above-entitled case back to state court to be settled alongside the separately filed PAGA case.

DATED: June 18, 2025                         BIBIYAN LAW GROUP

                                             By: /s/ Jason Rothman
                                                 JASON ROTHMAN
                                                 NAIRI SHIRINIAN
                                                 Attorneys for Plaintiff MONIKA DUNCAN


DATED: June 18, 2025                         SEYFARTH SHAW, LLP


                                             By: /s/ Heather E. Horn
                                                 TIMOTHY HIX
                                                 BAILEY BIFOSS
                                                 HEATHER HORN
                                                 Attorneys for Defendant BAXALTA US, INC.


IT IS SO ORDERED:      _____
                       UNITED STATES MAGISTRATE JUDGE