# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIKA DUNCAN, an individual and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>BAXALTA US INC., a Delaware Corporation; RON GRAVE, an individual; and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No. 2:24-cv-09388-CV(ASx)<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND [48]** |

On July 17, 2025 the Parties filed a joint stipulation to remand this Action to the Superior Court of California, Los Angeles County. The Court, having considered the Parties' Stipulation, and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The Court remands the Action to the Superior Court of California, County of Los Angeles, Case No. 24STCV25058; and
2. All future dates and deadlines in this Action be hereby vacated.

     IT IS SO ORDERED.

Dated: AUGUST 8, 2025

*Cynthia Valenzuela*
_____
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE